UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TOWANDA SHINE,

                           Plaintiff,

         -against-                               19 **CIVIL** 8162 (JPO)

                                                           **JUDGMENT**

CITY OF NEW YORK,

                         Defendant.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 8, 2021, Defendant's motion to dismiss pursuant to Rule 12(b)(6) is GRANTED; accordingly, this case is closed.

**Dated:** New York, New York

        March 8, 2021

                                                                      **RUBY J. KRAJICK**

                                                                        **Clerk of Court**

                                       BY:                                        
                                                                     **Deputy Clerk**

3/8/2021